IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01881-WYD-MEH

WEEMINUCHE CONSTRUCTION AUTHORITY,

    Plaintiff,

v.

HARRISON WESTERN CONSTRUCTION CORPORATION,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Exceed Page Limits and Motion for Clarification Regarding Previously Filed Motion to Stay Arbitration [Doc. # 6 filed September 22, 2008]. Having considered the parties' arguments, the case file, and applicable law, it is

ORDERED that the Stipulated Motion to Exceed Page Limits and Motion for Clarification Regarding Previously Filed Motion to Stay Arbitration is **GRANTED**. In accordance therewith, it is

ORDERED that: (1) Plaintiff's Motion to Stay Arbitration [Doc. #2] is accepted for filing as of September 2, 2008, the date submitted to the Court; and (2) Defendant may file a response to Plaintiff's Motion to Stay Arbitration that exceeds this Court's page limits and is no longer than 22 pages.

Dated: September 23, 2008

BY THE COURT:

<u>s/ Wiley Y. Daniel</u>
Wiley Y. Daniel
U. S. District Judge