IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01881-WYD-MEH

WEEMINUCHE CONSTRUCTION AUTHORITY,

    Plaintiff,

v.

HARRISON WESTERN CONSTRUCTION CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of the First Amended Complaint for Declaratory Judgment and Injunctive Relief (Doc. # 14) and Defendant's Motion to Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction (Doc. # 18), Defendant's original Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction (Doc. # 10) is **DENIED AS MOOT**. However, to the extent that Defendant's Motion to Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction incorporates the original Motion to Dismiss, I will consider it for that purpose.

    Dated: November 7, 2008.