IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01881-WYD-MEH

WEEMINUCHE CONSTRUCTION AUTHORITY,

    Plaintiff,

v.

HARRISON WESTERN CONSTRUCTION CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Stay Arbitration (Doc. # 2) is **DENIED AS MOOT** in light of the parties' representations at the Status Conference on November 20, 2008. Defendant shall file its motion for attorney fees by **Friday, December 5, 2008**. Plaintiff shall file its response and counter request for attorney fees by **Friday, December 19, 2008**. Defendant shall file its response to Plaintiff's request for fees by **Friday, January 2, 2009**. A hearing is set on Defendant's Motion to Dismiss First Amended Complaint for Lack of Subject Matter Jurisdiction and the requests for attorney fees for **Thursday, February 5, 2009, at 2:00 p.m.**

    Dated: November 20, 2008.