IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01881-WYD-MEH

WEEMINUCHE CONSTRUCTION AUTHORITY,

    Plaintiff,

v.

HARRISON WESTERN CONSTRUCTION CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2008.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference and Scheduling Order Deadline [filed November 21, 2008; docket #22] is **granted in part** and **denied in part**. The Scheduling Conference set in this matter for Friday, December 12, 2008, at 9:45 a.m. is hereby **converted** to a telephonic status conference. The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.