IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01881-WYD-MEH

WEEMINUCHE CONSTRUCTION AUTHORITY,

    Plaintiff,

v.

HARRISON WESTERN CONSTRUCTION CORPORATION,

    Defendant.

## ORDER

The parties have filed a Joint Stipulation for Dismissal Without Prejudice (docket #29). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed without prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, with costs and attorneys' fees to be determined pursuant to a separate agreement of the parties.

Dated: December 8, 2008

                             BY THE COURT:


                             s/ Wiley Y. Daniel
                             Wiley Y. Daniel
                             U. S. District Judge